377 A.2d 173

Commonwealth v. Haycook, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.